E MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
BRUCE K. RIORDAN (Cal. Bar No. 127230)
Assistant United States Attorney
Violent & Organized Crime Section
     1300 United States Courthouse
     312 N. Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0480
     Facsimile: (213) 894-3713
     E-mail:   bruce.riordan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-007-RGK-11 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER AMENDING JUDGMENT AND COMMITMENT ORDER FOR DEFENDANT ALEX BARAJAS **[637]** |
| v. | |
| ALEX BARAJAS, | |
| Defendant. | |

   The Court has read and considered the stipulation filed by the parties on October 19, 2022.

   FOR GOOD CAUSE SHOWN, the Court hereby orders that the Judgment and Commitment Order for defendant ALEX BARAJAS in this case be amended to impose a term of six (6) months in the custody of the Bureau of Prisons, to be followed by a three-year period of

//

//

//

supervised release, including a special condition of supervised release that the defendant serve the first six (6) months of supervised release in home confinement.

IT IS SO ORDERED.

10/21/2022
DATE

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

　　/s/*Bruce K. Riordan*
BRUCE K. RIORDAN
Assistant United States Attorney